UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation, MEDIMPACT INTERNATIONAL LLC, a California limited liability company, MEDIMPACT INTERNATIONAL HONG KONG LTD., a Hong Kong company,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>IQVIA INC., a Connecticut corporation, IQVIA LTD., a UK company, IQVIA AG, a Swiss company, OMAR GHOSHEH, individually, AMIT SADANA individually, and DOES 1-20,<br><br>　　　　　　Defendants. | **Case No.  3:19-cv-01865-GPC-DEB**<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL PURSUANT TO L.R. 79.2**<br><br>**[DKT. NO. 113.]** |

# ORDER

Before the Court is Defendants' Motion to Seal the following documents: (i) portions of Defendants' Reply in Support of Motion to Dismiss Plaintiffs' First Amended Complaint Under Rule 12(b)(2) ("Reply") and (ii) portions of the declaration of Amit Sadana ("Sadana Declaration") filed concurrently with Defendants' Reply in Support of Motion to Dismiss Plaintiffs' First Amended Complaint Under Rule 12(b)(2).

The Motion to Seal seeks to have certain portions of the Reply and Sadana Declaration permanently sealed from public view because they were generated or produced in, or otherwise relate to, prior confidential arbitration proceedings before the Dubai International Financial Centre-London Court of International Arbitration and because they contain sensitive, non-public confidential business information, the disclosure of which would subject Plaintiffs and third-parties to a risk of substantial harm or prejudice. These portions include excerpts from the Arbitral Tribunal's Partial Final Award and descriptions of confidential business agreements, both of which detail confidential business information belonging to, among others Defendants, non-party Dimensions, and other non-party contracting entities. *See McArdle v. AT&T Mobility LLC*, No. 09-cv-1117 CW, 2018 U.S. Dist. LEXIS 218070, at *13 (N.D. Cal. Aug. 13, 2018) (finding "compelling reasons" to seal arbitration documents).

Based on the foregoing, the Court finds there exist compelling reasons to seal the requested information, submitted in support of Defendants' Reply in Support of Motion to Dismiss Plaintiffs' First Amended Complaint Under Rules 12(b)(2), and Defendants Motion to Seal is therefore GRANTED. It is ORDERED that identified portions shall be SEALED until further order of this Court.

**IT IS SO ORDERED.**
Dated:  August 5, 2020

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge