Callie A. Bjurstrom (SBN 137816)
callie.bjurstrom@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
501 West Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone:     619.544.3107
Facsimile:     619.236.1995

Kenneth W. Taber (admitted pro hac vice)
kenneth.taber@pillsburylaw.com
Ari M. Berman (admitted pro hac vice)
ari.berman@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019-6131
Telephone:  212.858.1813
Facsimile:   212.298.8405

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

Attorneys for Defendants IQVIA INC., IQVIA LTD., IQVIA AG, OMAR GHOSHEH and AMIT SADANA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation, MEDIMPACT INTERNATIONAL LLC, a California limited liability company, MEDIMPACT INTERNATIONAL HONG KONG LTD., a Hong Kong company, <br><br>Plaintiffs, <br><br>vs. <br><br>IQVIA INC., a Connecticut corporation; IQVIA LTD., a United Kingdom company; IQVIA AG, a Swiss company; OMAR GHOSHEH, individually; and AMIT SADANA, individually, and DOES 1-20, <br><br>Defendants. | Case No. 3:19-cv-01865-GPC-DEB <br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANTS TO PARTIALLY STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br>*[Memorandum of Points and Authorities Filed Concurrently herewith]* <br><br>Date:    TBD <br>Time:   TBD <br>Dept.:   3A <br>Magistrate Judge: Hon. Daniel E. Butcher <br>Action Filed:   September 26, 2019 <br>FAC Filed:      April 7, 2020 |

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that at a date and time yet to be determined, Defendants IQVIA INC., IQVIA LTD., IQVIA AG, OMAR GHOSHEH, and AMIT SADANA (collectively, "Defendants") will and hereby do move for a partial stay of party and non-party discovery pending resolution of Defendants' pending Motion for Partial Summary Judgment, returnable March 5, 2021 ("Partial Summary Judgment Motion") (Dkt. 144).

As explained in detail in Defendants' Memorandum of Points and Authorities, Plaintiffs MEDIMPACT HEALTHCARE SYSTEMS, INC., MEDIMPACT INTERNATIONAL LLC, and MEDIMPACT INTERNATIONAL HONG KONG LTD. (collectively, "Plaintiffs") have served substantial party and non-party discovery related to issues that will be entirely precluded in the event the Court grants the Partial Summary Judgment Motion, which is likely dispositive of all claims in the First Amended Complaint (Dkt. 93) for (1) alleged theft and re-sale of Plaintiffs' pharmaceutical benefits management ("PBM") claims data; and (2) customer account-based damages for the alleged misappropriation of Plaintiffs' PBM trade secrets. Longstanding principles of claim preclusion and issue preclusion compel the relief requested in the Partial Summary Judgment Motion.

Defendants are entitled to a stay of all discovery related to the claims subject to Defendants' Partial Summary Judgment Motion because that motion is likely dispositive of all such claims and can be decided absent any additional discovery. Indeed, (1) the Partial Summary Judgment Motion is premised entirely on undisputed facts and can therefore be decided solely as a matter of law, (2) the burden of such discovery on Defendants and non-party Genentech Inc., whom Plaintiffs have served with a subpoena, is significant, and (3) the brief partial stay requested will not unfairly prejudice Plaintiffs. Accordingly, the Court should grant a brief partial stay, staying all discovery related to the claims subject to Defendants' Partial Summary Judgment Motion, until the Partial Summary Judgment Motion is resolved.

|   |   |
|---|---|
| 1 | This motion is based upon this Notice of Motion and Motion, and the accompanying Memorandum of Points and Authorities, the records and files herein, and such other and further documentary, demonstrative, and oral evidence as may be requested or permitted by the Court. |

Respectfully submitted,

Dated: January 8, 2021               PILLSBURY WINTHROP SHAW
                                                        PITTMAN LLP

                                                        By:  /s/ Callie A. Bjurstrom
                                                                KENNETH W. TABER
                                                                CALLIE A. BJURSTROM
                                                                ARI M. BERMAN

                                                        Attorneys for Defendants IQVIA INC.,
                                                        IQVIA LTD., IQVIA AG, OMAR
                                                        GHOSHEH and AMIT SADANA

                                                        [ADDITIONAL COUNSEL]

                                                        Stephen A. Swedlow (admitted pro hac vice)
                                                        stephenswedlow@quinnemanuel.com
                                                        QUINN EMANUEL URQUHART &
                                                        SULLIVAN, LLP
                                                        191 N. Wacker Drive, Suite 2700
                                                        Chicago, Illinois 60606
                                                        Telephone: 312.705.7400
                                                        Facsimile: 312.705.7401

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 8, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

*/s/ Callie A. Bjurstrom*
Callie A. Bjurstrom
