1
2
3
4
5
6
7
8                   **UNITED STATES DISTRICT COURT**
9                   **SOUTHERN DISTRICT OF CALIFORNIA**
10

| MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation, MEDIMPACT INTERNATIONAL LLC, a California limited liability company, MEDIMPACT INTERNATIONAL HONG KONG LTD., a Hong Kong company,<br><br>Plaintiffs,<br><br>vs.<br><br>IQVIA INC., a Connecticut corporation; IQVIA LTD., a United Kingdom company; IQVIA AG, a Swiss company; OMAR GHOSHEH, individually; and AMIT SADANA, individually, and DOES 1-20,<br><br>Defendants. | **Case No. 3:19-cv-01865-GPC-DEB**<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL PURSUANT TO L.R. 79.2**<br><br>**[Dkt No. 142]**<br><br>**Date:** March 5, 2021<br>**Time:** 1:30 p.m.<br>**Dept.:** 2D<br>**Judge:** The Hon. Gonzalo P. Curiel<br>**Action Filed:** September 26, 2019<br>**FAC Filed:** April 7, 2020 |
|---|---|

**ORDER**

Before the Court is Defendants' Motion to Seal the following documents: (1) portions of Defendants' Memorandum of Points and Authorities in Support of its Motion for Partial Summary Judgment (the "Motion"); (2) portions of the Declaration of Kenneth W. Taber ("Taber Declaration") and accompanying exhibits filed in support of Defendants' Motion for Partial Summary Judgment; and (3) portions of Defendants' Separate Statement of Undisputed Material Facts ("SSUMF") (Dkt. 142).

The Motion to Seal seeks to have certain portions of the Motion, Taber Declaration, and SSUMF permanently sealed from public view because they were generated or produced in, or otherwise relate to, prior confidential arbitration proceedings before the Dubai International Finance Centre-London Court of International Arbitration and because they contain sensitive, non-public confidential business information, the disclosure of which would subject Plaintiffs and third-parties to a risk of substantial harm or prejudice.  These portions include confidential witness statements and expert reports, and excerpts from the arbitral tribunal's Partial Final Award and Final Award, each of which detail confidential business information belonging to Plaintiffs and non-party Dimensions. *See McArdle v. AT&T Mobility LLC*, No. 09-cv-1117 CW, 2018 U.S. Dist. LEXIS 218070, at *13–14 (N.D. Cal. Aug. 13, 2018) (finding "compelling reasons" to seal arbitration documents).

Based on the foregoing, the Court finds there exist compelling reasons to seal the (1) portions of Defendants' Memorandum of Points and Authorities in Support of its Motion for Partial Summary Judgment (the "Motion"); (2) portions of the Declaration of Kenneth W. Taber ("Taber Declaration") and accompanying exhibits filed in support of Defendants' Motion for Partial Summary Judgment; and (3) portions of Defendants' Separate Statement of Undisputed Material Facts ("SSUMF") and Defendants' Motion to Seal is therefore GRANTED.  It is ORDERED that

1    identified portions shall be SEALED until further order of this Court.

2    **IT IS SO ORDERED**.

3    Dated: February 19, 2021

4    Hon. Gonzalo P. Curiel
     United States District Judge