# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., A CALIFORNIA CORPORATION; MEDIMPACT INTERNATIONAL LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND MEDIMPACT INTERNATIONAL HONG KONG LTD., A HONG KONG COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>IQVIA INC., a Connecticut corporation ; IQVIA Ltd., a UK company; IQVIA AG, a Swiss company; OMAR GHOSHEH, individually; and AMIT SADANA, individually, and DOES 1-20,<br><br>Defendants. | Case No. 3:19-cv-01865-GPC-DEB<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL**<br><br>[ECF. No. 168]<br><br>Judge: Hon. Gonzalo P. Curiel<br><br>Date: March 5, 2021<br>Time: 1:30 p.m. |

Before the Court is Plaintiffs' Motion to Seal Documents filed in support of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment ("Plaintiffs' Opposition"). (ECF No. 168.) Exhibits A and B to the Declaration of Jennifer D. Bennett in support of Plaintiffs' Opposition include the Partial Final Award on Liability and the Final Award on Damages entered in an arbitration proceeding between Plaintiffs and non-party Dimensions Healthcare LLC ("Dimensions"). Exhibits C and D to the Bennett Declaration include the Joint Venture Agreement ("JVA") and Services and License Contract ("SLC") between Plaintiffs and Dimensions. Portions of Plaintiffs' Opposition and Plaintiffs' Opposition to Defendants' Separate Statement of Undisputed Facts quote from, or directly describe these exhibits.

The Motion to Seal seeks to seal from public view portions of Exhibits A–D, Plaintiffs' Opposition, and Plaintiffs' Opposition to Defendants' Separate Statement of Undisputed Facts because they were generated in a prior confidential arbitration proceedings before the Dubai International Finance Centre-London Court of International Arbitration, and because they contains sensitive, non-public confidential information, the disclosure of which would subject the parties to a risk of substantial harm or prejudice. *See McArdle v. AT&T Mobility LLC*, No. 09-cv-1117, 2018 U.S. Dist. LEXIS 218070, at *13–14 (N.D. Cal. Aug. 13, 2018) (finding "compelling reasons" to seal arbitration documents).

Based on the foregoing, the Court finds that there are compelling reasons to GRANT Plaintiffs' Motion to Seal.  It is ORDERED that portions of Exhibits A-D, Plaintiffs' Opposition, and Plaintiffs' Opposition to Defendants' Separate Statement of Undisputed Facts shall be SEALED until further order of this Court.

**IT IS SO ORDERED**.

Dated:  February 19, 2021

Hon. Gonzalo P. Curiel
United States District Judge