# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation, MEDIMPACT INTERNATIONAL LLC, a California limited liability company, MEDIMPACT INTERNATIONAL HONG KONG LTD., a Hong Kong company,<br><br>Plaintiffs,<br><br>vs.<br><br>IQVIA INC., a Connecticut corporation; IQVIA LTD., a United Kingdom company; IQVIA AG, a Swiss company; OMAR GHOSHEH, individually; and AMIT SADANA, individually, and DOES 1-20,<br><br>Defendants. | Case No. 3:19-cv-01865-GPC-DEB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL PURSUANT TO L.R. 79.2**<br><br>**[Dkt No. 176]**<br><br>Date:  March 5, 2021<br>Time:  1:30 p.m.<br>Dept.: 2D<br>Judge: The Hon. Gonzalo P. Curiel<br>Action Filed:  September 26, 2019<br>FAC Filed:  April 7, 2020 |

**ORDER**

Before the Court is Defendants' Motion to Seal the following documents: portions of (1) Defendants' Reply Memorandum of Points and Authorities in Support of its Motion for Partial Summary Judgement ("Reply"); (2) Exhibits A–C, E, and G to the Declaration of Kenneth W. Taber ("Taber Declaration") filed in support of the Reply; and (3) Defendants' Reply to Plaintiffs' Separate Statement of Undisputed Material Facts ("Reply SSUMF").

The Motion to Seal seeks to have certain portions of the Reply, Exhibits A–C, E, and G to the Taber Declaration, and the Reply SSUMF permanently sealed from public view because they were generated or produced in, or otherwise relate to, still confidential portions of prior confidential arbitration proceedings before the Dubai International Finance Centre-London Court of International Arbitration and because they contain sensitive, non-public confidential business information, the disclosure of which would subject Plaintiffs and third-parties to a risk of substantial harm or prejudice. These portions include non-public excerpts from the arbitral tribunal's Partial Final Award and Final Award, each of which detail confidential business information belonging to Plaintiffs and non-party Dimensions. *See McArdle v. AT&T Mobility LLC*, No. 09-cv-1117 CW, 2018 U.S. Dist. LEXIS 218070, at *13–14 (N.D. Cal. Aug. 13, 2018) (finding "compelling reasons" to seal arbitration documents).

Based on the foregoing, the Court finds there exist compelling reasons to seal (1) Defendants' Reply Memorandum of Points and Authorities in Support of its Motion for Partial Summary Judgement ("Reply"); (2) Exhibits A–C, E, and G to the Declaration of Kenneth W. Taber ("Taber Declaration") filed in support of the Reply; and (3) Defendants' Reply SSUMF, and this Motion to Seal is therefore GRANTED.

It is ORDERED that identified portions shall be SEALED until further order of

1  this Court.

2  **IT IS SO ORDERED**.

3  Dated:  February 19, 2021

Hon. Gonzalo P. Curiel
United States District Judge