1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation, MEDIMPACT INTERNATIONAL LLC, a California limited liability company, MEDIMPACT INTERNATIONAL HONG KONG LTD., a Hong Kong company,<br><br>                                   Plaintiffs,<br><br>v.<br><br>IQVIA INC., a Delaware corporation, IQVIA LTD., a United Kingdom company; IQVIA AG, a Swiss company, OMAR GHOSHEH, individually, and AMIT SADANA, individually,<br><br>                                   Defendants. | Case No.:  19cv1865-GPC(DEB)<br><br>**ORDER REJECTING AND STRIKING MOTIONS IN LIMINE DKT NOS. 736, 751** |

On November 23, 2022, the Court issued a jury trial preparation and scheduling order stating "[a]bsent good cause being demonstrated, each side is allowed a maximum of eight motions in limine. . . . Each motion in limine and each opposition thereto shall be limited to ten pages in length. Attachments to any motion in limine or opposition thereto shall also be limited to ten pages in length." (Dkt. No. 661.)  On December 23, 2022, the

1

parties filed their respective motions in limine.  (Dkt. Nos. 712, 715, 718, 721, 724, 727, 730, 733, 736, 739, 740, 743, 746, 747, 748, 751.)  In violation of the Court's order, Plaintiffs filed a motion to bifurcate and motion in limine to exclude evidence of unclean hands that exceeds 20 pages.  (Dkt. No. 736.)  Defendants also filed a motion in limine to exclude the opinions of Plaintiffs' damages experts James Malackowski and Vasudeva Bobba that exceeds 20 pages with attachments in excess of 1000 pages.  (Dkt. No. 751.)

Accordingly, the Court REJECTS and STRIKES Dkt. Nos. 736 and 751 from the docket for failing comply with the Court's order.  The parties are directed to refile these motions in limine in compliance with the 10-page limit.  Further, Defendants are granted leave to file attachments no greater than 25 pages to their motion in limine to exclude the opinions of Plaintiffs' damages expert.  These two motions may be re-filed no later than **12 p.m. on December 28, 2022**.  The deadline to file oppositions shall remain.[1]

IT IS SO ORDERED.

Dated:  December 27, 2022

Hon. Gonzalo P. Curiel
United States District Judge

---

[1] The Court recognizes that Defendants filed nine motions in limine but finds good cause to allow the ninth motion as it was invited by the Court's earlier ruling.