# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., A CALIFORNIA CORPORATION; MEDIMPACT INTERNATIONAL LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND MEDIMPACT INTERNATIONAL HONG KONG LTD., A HONG KONG COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>IQVIA INC., a Delaware corporation; IQVIA LTD., a UK company; IQVIA AG, a Swiss company; OMAR GHOSHEH, individually; and AMIT SADANA, individually, and DOES 1-20,<br><br>Defendants. | Case No. 3:19-cv-01865-GPC-DEB<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL**<br><br>Judge: The Hon. Gonzalo P. Curiel<br><br>[ECF No. 798] |

Before the Court is Plaintiffs' Motions to Seal Supplemental Declarations in Support of Plaintiffs' Opposition to Defendants' *Daubert* Motion to Exclude the Opinions of Plaintiffs' Experts James Malackowski and Vasuveda Bobba (the "Motion"). (ECF No. 798.)

The Motion seeks to seal Heather Bates' Supplemental Declaration and James Malackowski's Supplemental Declaration, both filed in support of Plaintiffs' opposition to Defendants' *Daubert* motion to exclude the opinions of Plaintiffs' experts James Malackowski and Vasuveda Bobba. The Motion also seeks to seal portions of the opposition brief that reference the content of the two declarations. (Collectively, these declarations and portions of the opposition are referred to as the "Sealed Materials.") The Sealed Materials reflect Plaintiffs' proprietary and confidential business information, including descriptions of Plaintiffs' highly sensitive trade secret information. These materials also reference confidential revenues earned by Defendants and confidential quantities of certain investments made by Plaintiffs.. Accordingly, the disclosure of this information would subject Plaintiffs and Defendants to a risk of substantial harm or prejudice. *See McArdle v. AT&T Mobility LLC*, No. 09-cv-1117, 2018 U.S. Dist. LEXIS 218070, at *13–14 (N.D. Cal. Aug. 13, 2018).

Based on the foregoing, the Court finds that there are compelling reasons to GRANT the Motion. It is ORDERED the Sealed Materials shall be SEALED until further order of this Court.

**IT IS SO ORDERED**.

Dated: January 10, 2023

Hon. Gonzalo P. Curiel
United States District Judge