# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., A CALIFORNIA CORPORATION; MEDIMPACT INTERNATIONAL LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND MEDIMPACT INTERNATIONAL HONG KONG LTD., A HONG KONG COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>IQVIA INC., a Delaware corporation; IQVIA LTD., a UK company; IQVIA AG, a Swiss company; OMAR GHOSHEH, individually; and AMIT SADANA, individually, and DOES 1-20,<br><br>Defendants. | Case No. 3:19-cv-01865-GPC-DEB<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO MOTION TO SEAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 2**<br><br>Judge: The Hon. Gonzalo P. Curiel<br><br>[ECF No. 825] |

1       Before the Court is Plaintiffs' Motions to Seal Documents in Support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 2 (the "Motion"). (ECF No. 825.)

        The Motion seeks to seal portions of Plaintiffs' Opposition to Defendants' Motion in Limine No. 2 and Exhibits 1 and 2 to the Declaration of Jennifer Bennett in Support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 2 (the "Bennett Declaration").  The documents and portions thereof to be sealed describe Plaintiffs' confidential and highly sensitive trade secret information, reference accused Defendant products, have previously been sealed in this matter, are designated as "OUTSIDE COUNSEL AND COURT-APPROVED IN-HOUSE COUNSEL ONLY" under the protective order, and/or contain confidential testimony from an arbitration before the Dubai International Financial Centre-London Court of International Arbitration.  Accordingly, the disclosure of this information would subject Plaintiffs and Defendants to a risk of substantial harm or prejudice.  *See McArdle v. AT&T Mobility LLC*, No. 09-cv-1117, 2018 U.S. Dist. LEXIS 218070, at *13–14 (N.D. Cal. Aug. 13, 2018).

        Based on the foregoing, the Court finds that there are compelling reasons to GRANT the Motion.  It is ORDERED that Exhibits shall be SEALED until further order of this Court.

        **IT IS SO ORDERED**.

Dated:  January 10, 2023

                                        Hon. Gonzalo P. Curiel
                                        United States District Judge