**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., A CALIFORNIA CORPORATION; MEDIMPACT INTERNATIONAL LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND MEDIMPACT INTERNATIONAL HONG KONG LTD., A HONG KONG COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>IQVIA INC., a Delaware corporation; IQVIA LTD., a UK company; IQVIA AG, a Swiss company; OMAR GHOSHEH, individually; and AMIT SADANA, individually, and DOES 1-20,<br><br>Defendants. | Case No. 3:19-cv-01865-GPC-DEB<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION IN LIMINE NO. 6**<br><br>Judge: The Hon. Gonzalo P. Curiel<br><br>[ECF No. 833] |

Before the Court is Plaintiffs' Motions to Seal Documents in Support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 6 (the "Motion"). (ECF No. 833.)

The Motion seeks to seal Exhibits 1, 2, and 3 to the Declaration of Jennifer Bennett in support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 6. These exhibits respectively include the Second Witness Statement of James Gollaher submitted by MedImpact in the arbitration proceedings, an excerpted copy of Exhibit JG-2 to the Second Witness Statement of James Gollaher, and an excerpted copy of the transcript from the deposition of Kelley Vaughan. These exhibits describe Plaintiffs' confidential investments into its trade secrets, and the deposition transcript is designated as attorneys' eyes only under the protective order. Accordingly, the disclosure of this information would subject Plaintiffs to a risk of substantial harm or prejudice. *See McArdle v. AT&T Mobility LLC*, No. 09-cv-1117, 2018 U.S. Dist. LEXIS 218070, at *13–14 (N.D. Cal. Aug. 13, 2018).

Based on the foregoing, the Court finds that there are compelling reasons to GRANT the Motion. It is ORDERED that Exhibits shall be SEALED until further order of this Court.

**IT IS SO ORDERED**.

Dated: January 10, 2023

Hon. Gonzalo P. Curiel
United States District Judge