# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., A CALIFORNIA CORPORATION; MEDIMPACT INTERNATIONAL LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND MEDIMPACT INTERNATIONAL HONG KONG LTD., A HONG KONG COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>IQVIA INC., a Delaware corporation; IQVIA LTD., a UK company; IQVIA AG, a Swiss company; OMAR GHOSHEH, individually; and AMIT SADANA, individually, and DOES 1-20,<br><br>Defendants. | Case No. 3:19-cv-01865-GPC-DEB<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO MOTION TO SEAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 7**<br><br>Judge: The Hon. Gonzalo P. Curiel<br><br>[ECF No. 836] |

Before the Court is Plaintiffs' Motions to Seal Documents in Support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 7 (the "Motion"). (ECF No. 836.) The Motion seeks to file under seal the following (the "Sealed Materials"):

- Exhibits 3 and 4 to the Declaration of Jennifer D. Bennett filed in Support of MedImpact's Opposition to Defendants' Motion in Limine No. 7; and
- Portions of MedImpact's Opposition to Defendants' Motion in Limine no. 7.

Compelling reasons exist to seal the Sealed Materials. The Sealed Materials are excerpts from and quotations to deposition transcripts marked as "CONFIDENTIAL – OUTSIDE COUNSEL ONLY" under the governing protective order in this case. That order requires the parties to seek to seal such documents if they are attached to a motion. (ECF 382 ¶ 16.) Further, the Sealed Materials reference Defendants' sensitive business information, particularly Defendants' offers of products and services, which implicates Defendants' competitive standing in certain industries as well as the status of Defendants' product development. Accordingly, the disclosure of this information would subject Plaintiffs and Defendants to a risk of substantial harm or prejudice. *See McArdle v. AT&T Mobility LLC*, 09-cv-1117, 2018 U.S. Dist. LEXIS 218070, at *13–14 (N.D. Cal. Aug. 13, 2018).

Based on the foregoing, the Court finds that there are compelling reasons to GRANT the Motion. It is ORDERED that Sealed Materials shall be SEALED until further order of this Court.

**IT IS SO ORDERED**.

Dated: January 10, 2023

Hon. Gonzalo P. Curiel
United States District Judge