1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>IQVIA INC., et al.,<br><br>                                    Defendants. | Case No.:  19-cv-1865-GPC-DEB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**[DKT. NO. 637]** |

Before the Court is Defendants' Motion to File Documents Under Seal. Dkt. No. 637. Defendants request the Court seal documents lodged at Dkt. No. 638 (portions of Defendants' Reply to Response to Motion for Sanctions and certain exhibits) because they include excerpts from documents, deposition testimony, and the parties' trial witness lists that have been designated as confidential. *See* Dkt. No. 637 at 2. Defendants filed a redacted pleading that omits the information in question. Dkt. No. 639.

Good cause appearing, the Court GRANTS the Motion to File Under Seal and directs the Clerk of Court to file the documents lodged at Dkt. No. 638 under seal. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) ("[A] particularized showing under the 'good cause' standard of Rule 26(c) will suffice to warrant preserving the secrecy of sealed discovery material attached to non-dispositive motions.") (internal

1    quotations, citations, and edits omitted).

2         **IT IS SO ORDERED**.

3

4    Dated:  January 10, 2023

5                                                    _____

6                                                    Honorable Daniel E. Butcher
                                                     United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

19-cv-1865-GPC-DEB