# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIMPACT HEALTHCARE SYSTEMS, INC., A CALIFORNIA CORPORATION; MEDIMPACT INTERNATIONAL LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND MEDIMPACT INTERNATIONAL HONG KONG LTD., A HONG KONG COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>IQVIA INC., a Delaware corporation; IQVIA LTD., a UK company; IQVIA AG, a Swiss company; OMAR GHOSHEH, individually; and AMIT SADANA, individually, and DOES 1-20,<br><br>Defendants. | Case No. 3:19-cv-01865-GPC-DEB<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL**<br><br>Judge: The Hon. Gonzalo P. Curiel<br><br>[ECF No. 795] |

Before the Court is Plaintiffs' Motions to Seal Documents in Support of Plaintiffs' Opposition to Defendants' Rule 72(a) Objection and Motion to Set Aside Magistrate Judge's Order Denying Defendants' Motion for Sanctions (the "Motion"). (ECF No. 796.)

The Motion seeks to seal Exhibits 6 and 7 to the Declaration of Jennifer Bennett in support of Plaintiffs' Opposition to Defendants' Rule 72(a) Objection and Motion to Set Aside Magistrate Judge's Order Denying Defendants' Motion for Sanctions. Exhibit 6 exhibit is an excerpted copy a Rule 30(b)(6) deposition transcript. The witness was Dale Brown on behalf of Plaintiff MedImpact. Exhibit 7 is an excerpted copy a Rule 30(b)(6) deposition transcript. The witness was Krishna Guttikonda on behalf of Plaintiff MedImpact. Both exhibits have been designated as highly confidential under the protective order governing this case. Both exhibits discuss Plaintiffs' confidential policies and procedures regarding the preservation of electronic information. Plaintiffs do business in an industry where the preservation and confidentiality of information is highly regulated. Thus, Plaintiffs practices with respect to preservation and confidentiality are both proprietary and sensitive.

Accordingly, the disclosure of this information would subject Plaintiffs and Defendants to a risk of substantial harm or prejudice. *See McArdle v. AT&T Mobility LLC*, No. 09-cv-1117, 2018 U.S. Dist. LEXIS 218070, at *13–14 (N.D. Cal. Aug. 13, 2018).

Based on the foregoing, the Court finds that there are compelling reasons to GRANT the Motion.  It is ORDERED that Exhibits shall be SEALED until further order of this Court.

**IT IS SO ORDERED**.

Dated:  January 10, 2023

Hon. Gonzalo P. Curiel
United States District Judge